### Zerik A. SCOTT, Petitioner

v.

### DEPARTMENT OF STATE, Respondent

### 2017-1203

United States Court of Appeals, Federal Circuit.

November 13, 2017

ANTHONY WARREN WALLUK, San Antonio, TX, argued for petitioner.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., L. MISHA PREHEIM.

(Prost, Chief Judge, Lourie and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**